**In The INTEREST OF R.O. and L.O., Plaintiffs.**

**JUVENILE OFFICER, Respondent.**

v.

**O.O.—Natural Mother, Appellant,**

**R.O.—Natural Father, Defendant.
(Two Cases.)**

**Nos. WD 50569, WD 50570.**

Missouri Court of Appeals,
Western District.

Sept. 26, 1995.

Jeff Mullins, Kansas City, for appellant.

Lori Stipp, Kansas City, for respondent.

Before FENNER, C.J., P.J., and KENNEDY and LAURA DENVIR STITH, JJ.

## *ORDER*

PER CURIAM.

Appeal from judgment of family court terminating parental rights.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Kelly M. HARPER, Appellant.**

**No. WD 50235.**

Missouri Court of Appeals,
Western District.

Sept. 26, 1995.

Gerald M. Handley, Kansas City, for appellant.

Philip Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Kelly M. Harper appeals convictions of two counts of assault in the second degree and leaving the scene of a motor vehicle accident. We affirm. Finding no jurisprudential value to publishing an opinion, we issue this summary order. Rule 30.25(b).